THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of
 Social Services,        Respondent,
 
 
 

v.

 
 
 
 Tina Earle, Gene Rickard,
 Brenda Donahue,        Defendants,
 of whom Tina Earle
 is        Appellant.
 
 
 

IN THE INTEREST OF:  Chance
Rickard  DOB: 01/30/99 A Minor Under the Age of 18.

Appeal From Greenville County
R. Kinard Johnson, Jr., Family Court Judge

Unpublished Opinion No.
2005-UP-518
Submitted August 1, 2005 Filed September 14, 2005  

AFFIRMED

 
 
 
 Rodney Wade Richey, of Greenville,
 for Appellant.
 Harry LaDon Phillips, Jr.,
 of Greenville, for Respondent.
 Ann Shipman Miner, of
 Pickens, for Guardian Ad Litem.
 
 
 

PER CURIAM: This appeal
arises from a contested Permanency Placement Hearing in which the family court
denied a request to place the minor child in the custody of Tina Earles
sister.  The court ordered the South Carolina Department of Social Services
to file a termination of parental rights action against Earle and Gene
Rickard.  Additionally, the court terminated visitation by the
parents.  
After a thorough review of the
record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987),
we affirm[1] the family courts
ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN, C.J. and STILWELL and
KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.